AGEHA JAPANESE FUSION INC
767 9TH AVENUE
NEW YORK, NY 10019

# Employee Pay Stub

Check number: 3610  Pay Period: 06/16/2013 - 06/29/2013  Pay Date: 06/29/2013

**Employee**
LAN JIN  SSN

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 300.00 | 3,900.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -18.60 | -241.80 |
| Medicare Employee | -4.35 | -56.55 |
| NY - Withholding | 0.00 | 0.00 |
| NY - Disability Employee | -1.20 | -15.60 |
| | -24.15 | -313.95 |

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 0:00 | 0:00 |
| Vacation | | |

**Net Pay**  275.85  3,586.05

LAN JIN

AGEHA JAPANESE FUSION INC, 767 9TH AVENUE, NEW YORK, NY 10019