UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK

INDEX# 15 CV 63 (JGK) (SN)

---------------------------------------x

FORTUNATA LIANA IE, individually and in behalf

of all other persons similarly situated,

Plaintiffs,

-against-

AGEHA JAPANESE FUSION, INC., ZHONG HONG BAO,

and CHUN YONG CHEN, jointly and severally,

Defendants.

---------------------------------------x

277 Broadway

New York, New York

December 9, 2015

10:42 a.m.

Examination Before Trial of the Defendant CHUN YONG CHEN, pursuant to Order, before Robert S. Barletta, a Notary Public of the State of New York.

```
 1
 2   A P P E A R A N C E S:
 3   LAW OFFICE OF JUSTIN ZELLER
 4   Attorneys for Plaintiffs
 5        277 Broadway
 6        New York, New York 10007
 7   BY:   JOHN GURRIERI, ESQ.
 8
 9   LAW OFFICES OF VINCENT S. WONG
10   Attorneys for Defendants
11        6008 8th Avenue
12        Brooklyn, New York 11220
13   BY:   MICHAEL A. BRAND, ESQ.
14
15
16   ALSO PRESENT:
17        ARTHUR KWOK, Mandarin Interpreter
18        ZHONG HONG BAO, Observer
19
20
21
22
23
24
25
```

```
 1
 2                S T I P U L A T I O N S
 3
 4
 5              IT IS HEREBY STIPULATED AND
 6        AGREED by and between the attorneys
 7        for the respective parties herein, that the
 8        filing, sealing and certification of the
 9        within deposition be waived.
10
11              IT IS FURTHER STIPULATED AND
12        AGREED that all objections, except as to
13        the form of the question, shall be reserved
14        to the time of the trial.
15
16              IT IS FURTHER STIPULATED AND
17        AGREED that the within deposition may be
18        sworn to and signed before any officer
19        authorized to administer an oath with the
20        same force and effect as if signed and
21        sworn to before the Court.
22
23
24                       - oOo -
25
```

```
 1                     Chen
 2    A R T H U R   K W O K, called as the
 3       interpreter in this matter, was duly
 4       sworn by the Notary Public of the State
 5       of New York to accurately and faithfully
 6       translate the questions to the witness
 7       from English into Mandarin and the
 8       answers given by the witness from
 9       Mandarin into English.
10
11    C H U N   Y O N G   C H E N,  called as a
12       witness, having been duly sworn by the
13       Notary Public, was examined and
14       testified as follows:
15
16    EXAMINATION BY
17    MR. GURRIERI:
18           THE REPORTER:  Please state your full
19     name for the record.
20           THE WITNESS:  Chun Yong Chen.
21           THE REPORTER:  What is your address?
22           THE WITNESS:  666 60th Street
23     Brooklyn, New York 11220.
24           MR. GURRIERI:  Mr. Chen, we are here
25     today for your deposition.
```

```
1                        Chen
2        Q.   Have you ever given a deposition
3    before?
4        A.   No.
5             MR. GURRIERI:  I will go over the
6        basic format and the rules.  You have to
7        answer all of my questions verbally.  So
8        that means head nods and gestures will not
9        do because everything is typed up and going
10       on the record.
11       Q.   Do you understand that?
12       A.   Yes.
13            MR. GURRIERI:  You are also under oath
14       you took an oath at this deposition where
15       you swore to tell the truth.  If you do not
16       tell the truth you may be liable under New
17       York criminal laws.
18            THE WITNESS:  Okay.
19       Q.   Is there any reason you cannot answer
20   my questions truthfully today?
21       A.   No.
22       Q.   Are you under the influence of any
23   drugs or alcohol today?
24       A.   No.
25       Q.   If you don't understand any of my
```

1                    Chen
2    questions, please ask me to clarify it and I
3    will clarify?
4         A.   Okay.
5         Q.   Do you know that you are a defendant
6    in a federal lawsuit against Ageha Japanese
7    Fusion, Inc?
8         A.   Yes, I know.
9         Q.   Are you the owner of Ageha Japanese
10   Fusion?
11        A.   Yes.
12        Q.   Does Ageha Japanese Fusion, Inc. do
13   business as Ageha Japanese Fusion?
14        A.   Yes.
15        Q.   Is Ageha Japanese Fusion a full
16   service restaurant?
17        A.   What do you mean by full service?
18        Q.   Do you have waiters and waitresses
19   that bring customers their food?
20        A.   Yes.
21             MR. GURRIERI:  Wait for him to finish
22        the interpretation so you hear the full
23        question.
24             THE WITNESS:  Okay.
25        Q.   Where is your restaurant located?

```
 1                        Chen
 2       Q.   Have you maintained the records of the
 3   employees since 2012?
 4       A.   What type of records are you referring
 5   to?
 6       Q.   I mean, schedules or any written
 7   records of how much you paid your employees.
 8       A.   Yes.
 9       Q.   Can you hire and fire employees?
10       A.   Yes.
11       Q.   You had that power since 2012 until
12   the present?
13       A.   Yes.
14       Q.   What about the other owner?  What is
15   his involvement with the restaurant?
16       A.   He is an owner/shareholder.  However,
17   he doesn't manage the restaurant.
18       Q.   You are a shareholder too; right?
19       A.   Yes.
20       Q.   How many shares do you have?
21       A.   Fifty percent.
22       Q.   He has the other 50 percent?
23       A.   Yes.
24       Q.   That is Zhong Hong Bao?
25       A.   Yes.
```

1                     Chen
2      Q.   Does he have the power to hire and
3    fire employees since 2012?
4      A.   He does, but he's never done it
5    though.  However, he never hired or fired
6    anybody.
7      Q.   Can he tell employees what to do?
8      A.   He does have that authority.
9      Q.   Does he have the authority to make the
10   schedules of employees?
11     A.   No.  That means he's never done that
12   before.  I was the only one who has been doing
13   that.
14     Q.   Does he have the authority to set
15   schedules of employees since 2012?
16          MR. BRAND:  Objection to form.  He can
17      answer.
18     A.   Can I have the question again?
19     Q.   Since 2012, has Zhong Hong Bao had the
20   authority to set schedules of employees?
21     A.   Let me repeat.  He does have that
22   authority because he is one of the bosses.
23   However, he's never done that before.
24     Q.   Does he have the authority to set
25   wages of employees?

```
 1                      Chen
 2        A.   Yes, he does have that authority.
 3        Q.   Has he ever physically paid employees
 4   their wages?
 5        A.   No.
 6        Q.   Have you ever physically handed
 7   employees their wages?
 8        A.   Yes.
 9        Q.   Since 2012, have you paid employees in
10   cash?
11        A.   Mostly by check.
12        Q.   At any time during the year 2012, did
13   you pay employees by check?
14        A.   A majority of the time, yes.  I did
15   pay in check.  On occasion maybe one or two
16   occasions I did pay by cash.
17        Q.   Do you sell rice at your restaurant?
18        A.   Yes.
19        Q.   In the year of 2012, what were your
20   gross revenues?
21        A.   Do you mean net income?
22        Q.   I mean, how much money did you make in
23   total?  I don't know profit.  Before you take
24   out expenses and taxes.
25        A.   I don't remember 2012.
```

```
 1
 2              A C K N O W L E D G M E N T
 3
 4     STATE OF NEW YORK    )
                                :ss
 5     COUNTY OF _____)
 6
 7              I, CHUN YONG CHEN, hereby certify
 8     that I have read the transcript of my testimony
 9     taken under oath in my deposition of
10     December 9, 2015 that the transcript is a true,
11     complete and correct record of my testimony,
12     and that the answers on the record as given by
13     me are true and correct.
14
15
16
17                              _____
18
19                              CHUN YONG CHEN
20
21
22
       Signed and subscribed to before
23     me, this            day
       of                    , 2015.
24
       _____
25     Notary Public, State of New York
```

```
 1                       I N D E X                           45
 2    Examination by         Witness Name               Page
 3       EXAMINATION BY --------- CHUN YONG CHEN ------------------   4
         MR. GURRIERI
 4
         EXAMINATION BY---------- CHUN YONG CHEN ------------------   34
 5       MR. BRAND
 6
                     EXHIBITS MARKED FOR IDENTIFICATION
 7    No.      Description                                     Page
 8    1        Pay schedule------------------------------------  25
 9    2        Chart/calendar----------------------------------  29
10    3        Sample of pay stubs-----------------------------  30
11               INFORMATION/DOCUMENTATION REQUESTED
                                                       Page    Line
12
      NONE-------------------------------------------
13
                  QUESTIONS/ANSWERS MARKED IN THE TRANSCRIPT
14                                                     Page    Line
15    NONE-------------------------------------------
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
                       C E R T I F I C A T E
 3
 4      STATE OF NEW YORK      )
 5                             ) ss.:
 6      COUNTY OF SUFFOLK)
 7
 8              I, ROBERT S. BARLETTA, a Notary
 9      Public within and for the State of New York, do
10      hereby certify:
11              That CHUN YONG CHEN, the witness
12      whose deposition is hereinbefore set forth, was
13      duly sworn by me and that such deposition is a
14      true record of the testimony given by such
15      witness.
16              I further certify that I am not
17      related to any of the parties to this action by
18      blood or marriage; and that I am in no way
19      interested in the outcome of this matter.
20              IN WITNESS WHEREOF, I have hereunto
21      set my hand this 9th day of December, 2015.
22
23
24      _____
25              ROBERT S. BARLETTA
```

**A**
accountant 13:19,21,24 14:3 37:10,13 39:25
accountants 38:4
accountant's 12:7
accounting 12:6 14:5
accurately 4:5
action 46:17
actual 29:15
Ada 22:12,13
Ada's 22:15
addition 19:4,7
additional 19:5 38:5
address 4:21 14:2 22:21 23:4
administer 3:19
advise 14:8
Ageha 1:10 6:6 6:9,12,13,15 7:7,15,15
ago 23:5
AGREED 3:6 3:12,17
agreement 33:18 41:18 41:20 42:8
alcohol 5:23
amount 18:22 24:6 25:11 29:5,15 36:23 37:2 39:14
answer 5:7,19 10:17 29:13 30:13 32:19 33:22
answers 4:8 44:12
anybody 10:6

approximately 7:9,10 12:18
arrange 18:5
arrive 18:23
ARTHUR 2:17
asked 19:20 35:21 36:2
asking 23:24 32:3
assume 21:8
attention 28:25
attorneys 2:4 2:10 3:6
authority 10:8 10:9,14,20,22 10:24 11:2
authorized 3:19
Avenue 2:11 7:2
a.m 1:17

**B**
Back 33:9,10
Bao 1:10 2:18 8:6 9:24 10:19
Barletta 1:21 46:8,25
based 32:18 33:13,15 36:15,21 37:19 40:8,13
basic 5:6
basis 25:10 32:7,15,16,25 34:8 35:3
beginning 13:7 40:18
begins 34:11
behalf 1:6
believe 39:18
big 40:24
bi-weekly 26:21,24 29:14 36:18

blood 46:18
bosses 10:22 41:16
bottom 30:13
Brand 2:13 10:16 13:16 27:25 28:4 29:12 30:8 31:25 32:17 33:22 34:11 34:17,18 38:23 39:7 40:4,17 42:16 43:13 45:5
break 18:20 21:9 28:17 33:6,7
breaks 18:17 18:19 28:20
bring 6:19
Broadway 1:15 2:5
Brooklyn 2:12 4:23
business 6:13
buy 7:21

**C**
C 2:2 4:11,11 44:2 46:2,2
calculated 33:15
called 4:2,11
card 19:21 24:11 25:2,4
case 15:19 19:20 25:24 31:4 35:18
cash 11:10,16 16:3,23 19:17 23:12 24:13 24:24,25 29:9 29:10,15 35:3 36:6
Center 14:7
certain 41:8

certification 3:8
certify 44:7 46:10,16
chart 15:8
Chart/calend... 29:24 45:9
check 11:11,13 11:15 16:2 19:14,16,18 19:19,24 35:25 36:14 36:17,20 37:9 37:10,13,15 37:21
checks 31:9 36:8,12
Chen 1:11,20 4:1,20,24 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1,11 34:1,12 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:7,19 45:3 45:4 46:11
Chinese 14:7
Chun 1:11,20 4:20 34:12 44:7,19 45:3 45:4 46:11
circumstances 35:14

city 7:3
clarify 6:2,3
clear 21:2 42:12,16
collect 24:21
column 26:19 27:3,6,8,17 27:24 28:8 29:3,8 33:12
come 20:23 21:3 38:9,10
coming 19:9
complete 44:11
confusion 28:2
consistently 8:17 16:6 19:20
continued 36:4
correct 32:21 38:21,22 39:22 40:2 41:9 42:14 44:11,13
COUNTY 44:5 46:6
Court 1:2 3:21
credit 24:11 25:2,4,10 40:8,13
criminal 5:17
customers 6:19
cutoff 30:10
CV 1:4

**D**
D 44:2 45:1
daily 34:7,8 35:3
date 31:14
dates 26:22
day 16:4 18:15 20:6,7 24:19 27:3,8,11,13 27:14,20,21 27:24 28:8,16 29:3 30:11

| | | | | |
|---|---|---|---|---|
| 38:11 39:19 | **drugs** 5:23 | **example** 28:5 | **format** 5:6 | 27:6,17 28:3 |
| 44:23 46:21 | **duly** 4:3,12 | **exceeded** 39:20 | **forth** 46:12 | 28:6,24 29:21 |
| **days** 8:11 19:3 | 46:13 | **Exhibit** 25:19 | **FORTUNATA** | 30:21,25 |
| 20:8,12,12,14 | **duty** 17:14 | 25:20 29:22 | 1:6 | 32:21 33:5,10 |
| 20:16,17,18 | ——— **E** ——— | 29:23 30:2,22 | **four** 17:9,10 | 34:9 35:13 |
| 20:21 27:4 | **E** 2:2,2 4:11 | 30:23 33:12 | 19:3 20:16 | 39:15 40:15 |
| 28:11 | 44:2,2 45:1 | 37:18 38:14 | **fourth** 28:7 | 42:21 43:14 |
| **December** 1:16 | 46:2,2 | **EXHIBITS** | **full** 4:18 6:15 | 45:3 |
| 38:25,25 | **Earlier** 21:20 | 45:6 | 6:17,22 15:6 | **guys** 42:5 |
| 44:10 46:21 | **earnings** 31:19 | **expenses** 11:24 | 27:21 28:11 | ——— **H** ——— |
| **decent** 39:14 | **effect** 3:20 | **explain** 27:2 | **full-day** 28:13 | **H** 4:2,11,11 |
| **defendant** 1:20 | **eight** 27:13,14 | 33:24 | 28:15 29:5 | **half** 18:21 21:9 |
| 6:5 | **employed** | ——— **F** ——— | **Fung** 39:7 | 27:8,10,11,11 |
| **Defendants** | 23:16 | **F** 46:2 | **further** 3:11,16 | 27:14 28:17 |
| 1:12 2:10 | **employee** 15:13 | **fact** 21:11 | 43:13,14 | 28:18,23 |
| **delay** 36:4 | 24:22 36:22 | **faithfully** 4:5 | 46:16 | 30:13 |
| **delaying** 19:22 | 36:25 39:2 | **fashion** 21:2 | **Fusion** 1:10 6:7 | **halves** 27:14 |
| **Department** | **employees** 8:15 | **February** 39:9 | 6:10,12,13,15 | **hand** 46:21 |
| 14:21 15:2 | 8:18,21,24 | **federal** 6:6 | 7:8,15 | **handed** 11:6 |
| **deposition** 3:9 | 9:3,7,9 10:3,7 | **Fifty** 9:21 | ——— **G** ——— | 26:4 30:3 |
| 3:17 4:25 5:2 | 10:10,15,20 | **figure** 12:17 | **G** 4:11 44:2 | 31:6 |
| 5:14 44:9 | 10:25 11:3,7 | 14:22 | **Generally** | **hanging** 12:24 |
| 46:12,13 | 11:9,13 12:25 | **filing** 3:8 | 39:13 | **Hans** 22:12,25 |
| **described** | 14:9,16,19,23 | **finish** 6:21 | **gestures** 5:8 | **happen** 35:6 |
| 12:25 25:7 | 15:3,7 19:14 | **fire** 8:24 9:9 | **getting** 35:6 | **head** 5:8 |
| 33:19 | 22:5 31:11 | 10:3 | **give** 23:13 24:9 | **hear** 6:22 |
| **describing** | 33:19 36:12 | **fired** 10:5 | 24:19,21 25:6 | **help** 14:13 |
| 25:13,16 | 36:15 37:20 | **firm** 14:6 | 25:8,12,15 | **helped** 14:15 |
| **Description** | 38:10 39:17 | **first** 15:5,21 | 33:17,18 | **hereinbefore** |
| 45:7 | 41:15 42:18 | 23:6 31:13 | **given** 4:8 5:2 | 46:12 |
| **different** 17:2,2 | 43:11 | 34:4,24 35:18 | 44:12 46:14 | **hereunto** 46:20 |
| 36:24,25 37:4 | **employment** | 35:21 38:13 | **go** 5:5 39:7 | **Hey** 41:24 |
| **disclose** 31:3 | 25:13,16 | 40:5 | 41:13 42:16 | **hire** 8:24 9:9 |
| **disclosed** 25:23 | 29:19 33:20 | **five** 20:16 | **going** 5:9 35:15 | 10:2 |
| 26:13,15 | **English** 4:7,9 | **flip** 32:13 38:23 | 38:23 | **hired** 10:5 |
| **discuss** 13:18 | **ESQ** 2:7,13 | **focus** 32:2 | **government** | 15:24 23:9 |
| 35:5 | **Eventually** | **follows** 4:14 | 37:24 | 34:4,20,23,24 |
| **DISTRICT** 1:2 | 26:13 36:5 | **follow-ups** | **greater** 12:2 | 35:18 |
| 1:3 | **Everybody** | 34:18 | 18:24 | **home** 34:7 35:2 |
| **document** | 20:25 | **food** 6:19 | **gross** 11:20 | **Hong** 1:10 2:18 |
| 25:24 26:3 | **examination** | **force** 3:20 | 12:15 | 8:6 9:24 |
| 30:3,10 31:5 | 1:19 4:16 | **form** 3:13 | **GURRIERI** | 10:19 |
| 31:25 32:3 | 34:12,16 45:2 | 10:16 29:12 | 2:7 4:17,24 | **hour** 17:24,24 |
| **doing** 10:12 | 45:3,4 | 35:13 40:15 | 5:5,13 6:21 | 18:21 21:9 |
| **dollars** 12:15 | **examined** 4:13 | 42:21 | 21:20 25:18 | 24:17 28:17 |
| **drag** 36:4 | | | | |

28:23 33:25
34:7 35:2,4,6
35:8,10 36:23
37:2 39:19
**hourly** 22:5
32:6,9,15,25
**hours** 14:12,13
14:16 15:7,9
15:10,12
16:24 17:2,3
17:5,8,11,23
17:24 18:15
18:16,24
20:22 21:21
21:25 27:23
28:16 31:19
35:2,12,15
**hundred** 12:15

___ I ___
**identification**
25:21 29:24
30:24 45:6
**income** 11:21
**INDEX** 1:4
**indicate** 29:4
**individually**
1:6
**individuals**
15:16
**influence** 5:22
**info** 36:10
**inform** 25:9
**information**
22:24 35:19
38:5,7 39:24
40:11
**INFORMAT...**
45:11
**instance** 28:6
**interested**
46:19
**interpretation**
6:22
**interpreter**
2:17 4:3

**introduce**
29:21
**involvement**
9:15
**issues** 37:15

___ J ___
**January** 39:8
**Japanese** 1:10
6:6,9,12,13
6:15 7:8,15
**JGK** 1:4
**Jin** 31:17 38:14
**job** 17:14
**JOHN** 2:7
**jointly** 1:11
**judge** 31:2
**JUSTIN** 2:3

___ K ___
**K** 4:2,2 44:2
**keep** 14:15
15:7 24:6
**knew** 26:16
**know** 6:5,8
11:23 13:14
13:25 15:12
15:15,17,18
15:20 20:3,7
20:21 22:16
23:3,17 24:15
24:20 26:12
38:2 39:21
40:7,12 41:11
41:14
**knows** 21:2
**KWOK** 2:17

___ L ___
**L** 3:2 44:2
**Labor** 14:22
15:2
**Lan** 31:17
38:14
**LAW** 2:3,9
**laws** 5:17
**lawsuit** 6:6

**lawyer** 14:18
**lawyers** 25:23
31:3
**leave** 18:23
20:24 21:4,16
**left** 23:5 26:20
26:20 27:19
29:4 30:15
**Let's** 33:5
**liable** 5:16
**LIANA** 1:6
**Line** 45:11,14
**located** 6:25
**location** 7:23
7:24
**long** 13:6 23:5
28:15,18,22
**look** 25:22
29:25 30:15
31:7 38:13
**looked** 26:17
**Looking** 37:17
**lower** 30:13

___ M ___
**M** 44:2
**maintained** 9:2
**majority** 11:14
19:15,19,25
35:24 36:11
**manage** 9:17
**manager** 8:13
20:5
**managers** 22:8
**Mandarin** 2:17
4:7,9
**mark** 25:18
30:21
**marked** 25:21
29:24 30:2,24
45:6,13
**marriage** 46:18
**matter** 4:3
21:11 46:19
**maximum**
18:16

**meal** 28:21,22
**mean** 6:17 7:19
9:6 11:21,22
17:22 19:8,8
21:14 23:20
27:9,21 28:9
30:18 35:17
**meaning** 21:15
25:10 32:15
**means** 5:8
10:11 26:20
27:3,11,14
28:11
**meant** 41:5
**meeting** 41:17
**mention** 13:12
19:15
**mentioned**
13:11
**Michael** 2:13
34:11
**million** 12:20
12:22
**minimum**
12:25 13:11
13:14 17:18
17:21,22 22:6
23:18,21,22
24:2,17 35:3
35:9 37:4,4
37:14 38:11
40:8,12,13
**minus** 28:17
**mom** 36:5
**money** 11:22
36:23 37:18
37:23
**month** 16:19

___ N ___
**N** 2:2 3:2 4:11
4:11,11 44:2
44:2 45:1
**name** 4:19
13:21,23 14:5
22:15 23:3

25:25 26:13
26:15 31:16
45:2
**names** 22:11
**needed** 25:11
**net** 11:21
**never** 10:4,5,11
10:23 41:9
42:5,12
**new** 1:3,15,15
1:22 2:6,6,12
4:5,23 5:16
7:4,5,5 40:19
44:4,25 46:4
46:9
**night** 25:2
27:12
**nods** 5:8
**normal** 35:14
**Notary** 1:21
4:4,13 44:25
46:8
**note** 30:8
**noted** 43:17
**November**
15:23 16:7,21
31:15,15
**number** 22:19
23:25 24:19
27:7,10,18
35:21,22 36:3
36:19
**numbers** 29:3
33:13

___ O ___
**O** 3:2 4:2,11
44:2
**oath** 3:19 5:13
5:14 44:9
**Objection**
10:16 13:16
29:12 32:2
33:22 35:13
39:15 40:15
42:21

objections 3:12
Observer 2:18
obviously 20:7
occasion 11:15
occasions 11:16
October 16:5,7
office 2:3 12:6
officer 3:18
OFFICES 2:9
Okay 5:18 6:4
  6:24 30:5
  32:22
older 18:10
Once 17:9
ones 18:10 38:6
oOo 3:24
opened 7:10
  12:3 13:6
  15:6 40:9
Order 1:20
outcome 46:19
overtime 13:12
  17:16,21 22:6
  32:10 33:3
  37:6,14
owing 37:19
owner 6:9 7:7
  7:11,17 9:14
  41:25
owners 8:3
owner/share...
  9:16

      P
P 2:2,2 3:2
page 37:17
  38:13,24 39:7
  45:2,7,11,14
pages 31:7
paid 9:7 11:3,9
  19:15,17,17
  19:19 26:24
  29:9,10 32:14
  32:15 33:25
  35:20 36:22
  36:25 37:14

paper 16:18
  25:23 30:2
part 25:24 30:9
particular 20:6
  41:13
parties 3:7
  46:17
partner 41:8,11
  41:14
pay 11:13,15
  11:16 13:18
  14:8,12,19,22
  15:2 16:2,22
  17:16,18,20
  17:23,24 19:5
  19:23 21:5
  22:4 24:25
  25:3,20 30:23
  31:2,24 32:4
  32:6,24 34:6
  35:16,24
  36:11,14,16
  36:16 37:4,6
  37:10,17,20
  38:3 39:8,25
  45:8,10
paying 19:13
  22:5 25:7,10
payments
  36:14 37:9
payroll 14:14
people 32:24
  37:7 39:13
people's 42:2
percent 9:21,22
period 19:11
  19:12,24 20:9
  23:17 29:5
  38:15,18,21
  39:3,5,8,11
permits 19:21
person 32:6,11
  39:10
persons 1:7
person's 31:16
  31:22 32:9

phone 22:19
  23:3
phonetic 31:17
  38:24 39:8
physically 11:3
  11:6
picture 26:17
  30:9
piece 16:18
  25:22
plaintiff 15:18
  18:12,14
  19:12 20:3,10
  20:14,18 21:9
  22:3 23:6,17
  24:3,22 25:3
  25:6,9,12,15
  26:11,11,12
  26:24 33:21
  33:24 35:18
Plaintiffs 1:8
  2:4
plaintiff's
  25:19,20
  29:19,22,23
  30:2,22,23
  33:11 37:18
please 4:18 6:2
plus 27:13 29:4
pocket 29:16
point 28:4,24
  33:11
post 18:6
posted 21:25
  40:23 41:6
poster 40:5,6,9
  40:10,11,11
  40:14,18,22
  40:25 41:3,6
posters 12:23
  13:8,15 40:19
power 8:23
  9:11 10:2
  41:8,12,15,19
  41:22,25
  42:18,20,23

42:25 43:3
powers 42:4,10
  42:13,17
practices 13:19
prefer 36:6
premium 33:3
present 2:16
  9:12
preset 21:6,8
  21:18,24
  33:13
Previously 41:7
Pre-scheduled
  20:25
pre-set 20:25
Prince 14:4
printed 38:6
probably 35:14
produce 37:10
produced 38:4
production
  25:24
profit 11:23
provide 14:13
provided 32:18
  36:9 39:24
Public 1:21 4:4
  4:13 44:25
  46:9
pursuant 1:20
put 13:3,15
  36:19 39:25
  40:5,10,17,19
  40:22 41:3
p.m 21:10
  43:17

      Q
Quan 38:24
question 3:13
  6:23 10:18
  25:14 32:20
  32:23
questions 4:6
  5:7,20 6:2
QUESTION...

45:13

      R
R 2:2 4:2,2
  46:2
rate 22:5 32:9
reach 24:18
  35:8
read 13:8 40:6
  40:10 44:8
reading 40:8
  40:14
ready 32:22
reason 5:19
  15:17 19:6
receive 24:3,11
  24:13 32:11
  38:11
received 24:7
  24:15 25:11
recognize 41:16
record 4:19
  5:10 22:23
  30:8 33:8,9
  33:10 44:11
  44:12 46:14
recorded 16:15
  16:17
records 9:2,4,7
  15:7,9,10
  21:21 29:18
  31:10 32:18
  38:3,4
refer 7:14
referring 7:15
  9:4 21:24
  26:6
regarding 15:2
  38:8
related 46:17
remained 41:6
remember
  11:25 16:14
  16:19,19
renovated 8:2
rented 7:23,24

**repeat** 10:21
**reported** 37:23
  39:21
**REPORTER**
  4:18,21
**represents** 27:4
**REQUESTED**
  45:11
**reserved** 3:13
**respective** 3:7
**rest** 24:10 35:9
**restaurant** 6:16
  6:25 7:14,18
  7:21,25 8:8
  9:15,17 11:17
  12:24 19:9
  20:9 30:7
  37:7 39:13,18
  40:6,10
**return** 14:7
  16:20
**returned** 16:11
**returns** 12:4,8
  12:11
**revenues** 11:20
  12:16,19,21
**rice** 11:17
**right** 9:18
  18:10 28:6
  29:7 31:18
**rights** 12:25
**Robert** 1:21
  46:8,25
**row** 28:7,25
**Ruby** 13:22
**rules** 5:6

**S**

**S** 1:21 2:2,9 3:2
  3:2 46:8,25
**safety** 13:11
**salary** 31:18,21
  32:4,16 38:20
**Sample** 30:23
  45:10
**sampling** 30:25

32:19 38:2,6
**Saturdays** 18:4
**says** 25:25 27:3
  27:7,8,9,10
  27:13,24 28:7
  28:8,9 30:16
  31:18,19
**schedule** 17:25
  18:3,5,6 20:2
  20:4 21:6,8
  21:18,24
  25:20 33:14
  33:16 34:25
  36:21 45:8
**schedules** 8:21
  9:6 10:10,15
  10:20 15:16
  18:9,11 30:6
  30:19 41:15
  41:22 42:2,23
  43:9
**sealing** 3:8
**second** 30:15
**Security** 35:22
  36:3
**see** 26:2 30:12
  37:18 38:20
**sell** 11:17
**September**
  7:10,12 8:7
**service** 6:16,17
**set** 10:14,20,24
  17:25 18:3,5
  20:2,4 33:14
  41:15,22,25
  42:9,23 43:3
  43:7,9 46:12
  46:21
**setting** 8:18,20
**severally** 1:11
**shareholder**
  9:18
**shares** 9:20
**sheet** 15:8
  21:21 25:23
  25:25 29:25

**shift** 27:12
  28:15,16,18
**shifts** 27:14,15
  27:22 28:13
  29:5
**short** 16:11
**Shortly** 13:6
**show** 20:6 30:9
**sick** 36:5
**sign** 23:7,10
  29:4
**signed** 3:18,20
  44:22
**similarly** 1:7
**situated** 1:7
**six** 20:12
**SN** 1:4
**Social** 35:21
  36:3
**Song** 39:7
**SOUTHERN**
  1:3
**speak** 14:25
  31:25
**specified** 41:18
**ss** 35:21 44:4
  46:5
**staff** 23:21,22
  24:2 34:6
**start** 15:21
  28:3 31:13
**started** 7:24
  21:15 40:5
**starting** 16:21
  28:25
**state** 1:22 4:4
  4:18 44:4,25
  46:4,9
**statement**
  23:10,14
**STATES** 1:2
**STIPULATED**
  3:5,11,16
**store** 22:9
**Street** 4:22
  14:4

**stub** 37:17
**stubs** 30:24
  31:2 37:11
  38:3 39:25
  45:10
**subscribed**
  44:22
**sued** 26:11
**SUFFOLK**
  46:6
**summarize**
  31:8
**Sundays** 18:4
**supposed** 20:23
  20:24 21:3
**supposedly**
  30:11
**switch** 36:7
**swore** 5:15
**sworn** 3:18,21
  4:4,12 46:13

**T**

**T** 3:2,2 4:2 44:2
  46:2,2
**take** 11:23
  18:17,19 21:9
  24:24 25:22
  29:25 31:7
  33:5 34:7
  35:2 40:7,12
**taken** 33:7
  37:19 44:9
**talk** 14:18
  35:11 41:21
  41:24 42:5,24
  42:24 43:4,4
**talked** 40:4
  42:17
**talking** 15:13
**tax** 12:4,8,11
  14:7
**taxes** 11:24
  37:19
**tell** 5:15,16
  10:7 14:11

24:8 26:19
  29:7 31:14,16
  32:13 34:19
  34:22 38:14
  42:18,19,20
**telling** 8:14
**ten** 18:15,16,24
  28:7,10,11,13
**ten-minute**
  33:5
**terms** 25:13,16
  33:20
**testified** 4:14
  21:23 40:9
  41:7,13
**testimony** 44:8
  44:11 46:14
**Thank** 34:10
  43:14
**thing** 30:12
**things** 41:8,12
  41:19
**think** 27:25
**thousand** 12:15
**three** 8:11
  16:12,20 17:9
  17:10 19:3
  20:11,17
**Tiffany** 26:2,9
  26:10,14,15
  29:11 30:16
  35:17
**Tiffany's** 30:19
**time** 3:14 8:9
  11:12,14
  13:15 16:9
  18:22 19:12
  19:24 20:9,23
  20:24 21:15
  21:16,16 22:3
  23:5 24:22
  25:14 28:17
  28:20,21,22
  33:12,20
  35:20,24 36:7
  36:16 38:8,9

39:3 43:17
**tip** 25:10 40:7
  40:13
**tips** 19:7,8 24:3
  24:7,8,11,13
  24:16,19,21
  24:24 25:2,4
  25:11 32:11
  34:7,20,23
  35:3,7,10
  38:11,14,17
  39:2,4,10,14
  39:19,22
**today** 4:25 5:20
  5:23
**told** 31:2 34:24
  43:11
**top** 25:25 28:3
**total** 11:23
**track** 14:15
  24:6
**transcript** 44:8
  44:10 45:13
**translate** 4:6
**trial** 1:19 3:14
**true** 37:20
  44:10,13
  46:14
**truth** 5:15,16
**truthfully** 5:20
**try** 35:19 36:7
**two** 7:9 8:11
  11:15 16:12
  16:20 20:11
  20:16 26:21
  26:25 27:5,13
  27:14 28:12
  29:16 32:4,5
  38:15
**two-week**
  38:18,21 39:5
  39:11
**type** 9:4 23:13
**typed** 5:9

          **U**

**U** 3:2 4:2,11
**understand**
  5:11,25 7:19
**UNITED** 1:2
**Usually** 18:4

          **V**

**varies** 20:11,13
**verbally** 5:7
**VINCENT** 2:9
**visit** 14:21

          **W**

**W** 4:2 44:2
**wage** 12:25
  13:11,14
  17:18 22:6
  23:18,21,22
  24:2 31:22
  35:21 37:5,14
  40:8,12,13
**wages** 8:18
  10:25 11:4,7
  19:5,8 23:12
  23:14 29:9,10
  43:3,7
**wait** 6:21 23:21
  23:22 24:2
  34:6
**waiters** 6:18
  19:23
**waitress** 17:15
  26:7,8
**waitresses** 6:18
  19:24
**waived** 3:9
**wall** 18:6
**walls** 12:24
**want** 28:24
  31:13 32:19
  33:11 41:25
  42:16
**way** 26:20
  27:18 29:7
  46:18
**website** 14:22

**week** 8:11 15:9
  16:25 17:2,3
  17:5,8,11
  19:3 20:8,12
  20:12,14
  21:22,25
  23:13 24:7,16
  29:11 30:19
  31:23,24
  33:14 34:25
  35:12 38:15
  39:14
**weeks** 16:12,20
  17:9,10 26:25
  27:5 28:12
  29:16 32:4,5
**week's** 18:5
**Wen** 38:24
**weren't** 20:19
**WHEREOF**
  46:20
**witness** 4:6,8
  4:12,20,22
  5:18 6:24
  26:4 30:4
  31:6 45:2
  46:11,15,20
**WONG** 2:9
**word** 27:7,20
**work** 14:12,13
  15:9 16:20,24
  17:3,4,7,11
  18:14,23,23
  20:15 22:13
  22:17 35:11
  41:17
**worked** 16:5,6
  16:9,12 17:12
  19:13 20:10
  20:22 22:4
  23:6 24:4,23
  27:4 28:11
  33:12,21 37:7
  39:17,19
**working** 8:8
  15:13,21 16:4

  19:20 20:3,19
  34:25
**writing** 25:7,9
  25:12,16 27:2
  42:9
**writings** 33:19
**written** 9:6
  16:15 21:11
  21:12,13,16
  23:10,13
  33:17 38:8
**wrote** 21:2

          **X**

**x** 1:5,13 45:1

          **Y**

**Y** 4:11
**year** 11:12,19
  12:4,8,11,14
  15:5,6
**years** 7:9
**Yong** 1:11,20
  4:20 34:12
  44:7,19 45:3
  45:4 46:11
**York** 1:3,15,15
  1:22 2:6,6,12
  4:5,23 5:17
  7:4,5,5 44:4
  44:25 46:4,9

          **Z**

**ZELLER** 2:3
**Zhong** 1:10
  2:18 8:6 9:24
  10:19

          **$**

**$1** 12:20
**$2** 12:22
**$3.75** 24:9,17
  35:3,6,8,9
  39:19
**$450** 39:12
**$5** 17:21,22,23
  19:4 23:19,20

  23:23,24 24:2
  32:10 33:25
  34:6 35:2
**$500** 31:18,21
  31:22,23,23
**$600** 39:4
**$745** 38:17
**$8.75** 13:17
**$9** 17:21,24
  19:4 23:19,20
  23:23,24
  32:10 35:16

          **1**

**1** 25:19,20
  31:15 33:12
  37:17 38:25
  45:8
**10/1/12** 38:15
**10/15/12** 38:16
**10:42** 1:17
**10007** 2:6
**11** 28:16
**11:30** 28:19
**11220** 2:12
  4:23
**12:38** 43:17
**15** 1:4 29:2
  31:15 38:25

          **2**

**2** 29:22,23 30:2
  45:9
**2012** 7:10,12
  8:7,14,17,20
  8:23 9:3,11
  10:3,15,19
  11:9,12,19,25
  12:2,3,5,14
  12:17,23 15:6
  15:14,23 16:7
  19:11 23:16
  31:15 38:25
  38:25
**2013** 12:9,19
  12:20,23 13:4

```
   13:5,7 15:6       63 1:4
   15:14 16:5,7      666 4:22
   19:11 22:14       ─────────
   23:16 29:2              7
   39:9,9 40:18      ─────────
   40:20             767 7:2
2014 12:12,21       ─────────
   12:22 16:14             8
   16:15,21          ─────────
   19:13 40:22       8th 2:11
   40:25 41:3        ─────────
2015 1:16                  9
   44:10,23          ─────────
   46:21             9 1:16 39:9
25 45:8                44:10
27 39:8              9th 7:2 46:21
277 1:15 2:5
29 45:9
   ─────────
         3
   ─────────
3 30:22,23
   37:18 38:14
   38:24 45:10
3:00 18:20
   21:10
30 45:10
34 45:4
39-07 14:4
   ─────────
         4
   ─────────
4 45:3
40 17:5,8,12,23
   17:24 19:4,5
   35:2,12,15
45 45:1
47 17:13
48 17:13
   ─────────
         5
   ─────────
5 39:7
50 9:22
   ─────────
         6
   ─────────
6:00 18:20
   21:10 28:19
60th 4:22
6008 2:11
```