UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORTUNATA LIANA IE, individually and in behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>AGEHA JAPANESE FUSION, INC., and CHUN YONG CHEN, jointly and severally,<br><br>Defendants. | 15 CV 63 (JGK) (SN) |

## NOTICE OF MOTION

**Please take notice** that, upon the accompanying memorandum of law and the pleadings herein, the plaintiff's counsel, the Law Office of Justin A. Zeller, P.C., will move this Court, before Hon. Sarah Netburn, United States Magistrate Judge, for an order fixing the charging lien of the Law Office of Justin A. Zeller, P.C., and entering judgment against Fortunata Liana Ie, Ageha Japanese Fusion, Inc., and Chun Yong Chen, jointly and severally, and such other and further relief as the Law Office of Justin A. Zeller may be entitled by law.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, NY 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York
       February 20, 2018